# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA
## ORLANDO DIVISION

In re:    §
           §
James E. Maddox, Jr.    §    Case No. 6:14-bk-09819-KSJ
           §
           Debtor(s)    §

## TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under chapter 7 of the United States Bankruptcy Code was filed on 08/27/2014. The undersigned trustee was appointed on 08/28/2014.

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

| | | |
|---|---|---|
| 4. The trustee realized gross receipts of | $ | 2,279.00 |
| Funds were disbursed in the following amounts: | | |
| Payments made under an interim disbursement | | 0.00 |
| Administrative expenses | | 1.14 |
| Bank service fees | | 60.00 |
| Other payments to creditors | | 0.00 |
| Non-estate funds paid to 3rd Parties | | 0.00 |
| Exemptions paid to the debtor | | 0.00 |
| Other payments to the debtor | | 0.00 |
| Leaving a balance on hand of[1] | $ | 2,217.86 |

The remaining funds are available for distribution.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-TFR (5/1/2011) *(Page: 1)*

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

6. The deadline for filing non-governmental claims in this case was  01/18/2015  and the deadline for filing governmental claims was  02/23/2015 . All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved.  If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7. The Trustee's proposed distribution is attached as **Exhibit D**.

8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $ 569.75 . To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $ 0.00  as interim compensation and now requests a sum of $ 569.75 , for a total compensation of $ 569.75 [2].  In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $ 0.00 , and now requests reimbursement for expenses of $ 134.65 , for total expenses of $ 134.65 [2].

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 08/14/2015              By: /s/MARIE E. HENKEL
                                    Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D).

UST Form 101-7-TFR (5/1/2011) *(Page: 2)*

FORM 1
## INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
## ASSET CASES

Exhibit A

| Case No: | 14-09819 | KSJ | Judge: | Karen S. Jennemann | Trustee Name: | MARIE E. HENKEL |
|---|---|---|---|---|---|---|
| Case Name: | James E. Maddox, Jr. | | | | Date Filed (f) or Converted (c): | 08/27/2014 (f) |
| | | | | | 341(a) Meeting Date: | 10/07/2014 |
| For Period Ending: | 08/14/2015 | | | | Claims Bar Date: | 01/18/2015 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. Residence, 2640 Lowell Circle, Melbourne, Fl 32935. | 220,000.00 | 0.00 | OA | 0.00 | FA |
| 2. Cash | 100.00 | 0.00 | | 0.00 | FA |
| 3. Checking, Bank Of America | 34.00 | 0.00 | | 0.00 | FA |
| 4. Checking, Armed Forces Bank | 0.00 | 0.00 | | 0.00 | FA |
| 5. Household Goods And Furnishings, Including A Grandfather/Gra | 1,750.00 | 884.00 | | 941.50 | FA |
| 6. Paperback And Hardcover Books, Old Lp Records. | 500.00 | 500.00 | | 530.00 | FA |
| 7. Used Men's Clothing | 30.00 | 30.00 | | 35.00 | FA |
| 8. Class Ring, Wedding Ring | 400.00 | 400.00 | | 430.00 | FA |
| 9. Smith & Wesson .45 | 300.00 | 300.00 | | 322.50 | FA |
| 10. Air Force Pension And Civil Service Pension | 0.00 | 0.00 | | 0.00 | FA |
| 11. Debtor Has Filed A Claim, Without The Aid Of An Attorney, Wi | 0.00 | 0.00 | | 0.00 | FA |
| 12. Leased 2013 Nissan Juke | 0.00 | 0.00 | | 0.00 | FA |
| 13. 2010 Chrysler Town & Country. 48,000 Miles | 6,000.00 | 6,000.00 | OA | 0.00 | FA |
| 14. Three Year Old Computer And Printer | 15.00 | 15.00 | | 20.00 | FA |
| 15. ADMINISTRATIVE FEE ON BUYBACK AGREEMENT (u) | 0.00 | 150.00 | | 0.00 | FA |

Gross Value of Remaining Assets

| TOTALS (Excluding Unknown Values) | $229,129.00 | $8,279.00 | | $2,279.00 | $0.00 |

(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Debtor has agreed to buyback non-exempt equity in assets # 5 ($ 884.00), # 6 ($ 500.00), # 7 ($ 30.00), # 8 ($ 400.00), # 9 ($ 300.00) & # 14 ($ 15.00)
10/15/14 Notice of Asset
12/31/14 Notice of Sale
       Notice of Abandonment as to assets # 1 & # 13
02/01/15 Claims review complete
08/14/15 Report of Sale
       Final Report submitted

Exhibit A

| RE PROP # | 1 | -- | 12/31/14 Notice of Abandonment |
|---|---|---|---|
| RE PROP # | 13 | -- | 12/31/14 Notice of Abandonment |

Initial Projected Date of Final Report (TFR): 08/15/2015       Current Projected Date of Final Report (TFR): 08/14/2015

FORM 2
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Case No: 14-09819  
Case Name: James E. Maddox, Jr.  
Taxpayer ID No: XX-XXX7795  
For Period Ending: 08/14/2015  

Trustee Name: MARIE E. HENKEL  
Bank Name: Union Bank  
Account Number/CD#: XXXXXX9943  
Checking  
Blanket Bond (per case limit): $1,000,000.00  
Separate Bond (if applicable):  

Exhibit B

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 11/03/14 | 5 | James E. Maddox, Jr.<br>2640 Lowell Cir<br>Melbourne, FL  32935 | BUYBACK PAYMENT W/$15 ADMIN FEE<br>12/31/14 Notice of Sale | | 1129-000 | $227.90 | | $227.90 |
| 12/04/14 | | James E. Maddox, Jr.<br>2640 Lowell Cir<br>Melbourne, FL  32935 | BUYBACK PAYMENT W/$15 ADMIN FEE<br>12/31/14 Notice of Sale | | | $227.90 | | $455.80 |
| | | | Gross Receipts | $227.90 | | | | |
| | 5 | | Household Goods And Furnishings, Including A Grandfather/Gra | $172.90 | 1129-000 | | | |
| | 7 | | Used Men's Clothing | $35.00 | 1129-000 | | | |
| | 14 | | Three Year Old Computer And Printer | $20.00 | 1129-000 | | | |
| 12/31/14 | 5 | James E. Maddox, Jr.<br>2640 Lowell Cir<br>Melbourne, FL  32935 | BUYBACK PAYMENT W/$15 ADMIN FEE<br>12/31/14 Notice of Sale | | 1129-000 | $227.90 | | $683.70 |
| 01/30/15 | 101 | International Sureties Ltd.<br>228 St. Charles Ave.<br>New Orleans, LA 70130 | Blanket Bond Payment for 2015 | | 2300-000 | | $1.14 | $682.56 |
| 02/05/15 | 5 | James E. Maddox, Jr.<br>2640 Lowell Cir<br>Melbourne, FL  32935 | BUYBACK PAYMENT W/$15 ADMIN FEE<br>12/31/14 Notice of Sale | | 1129-000 | $227.90 | | $910.46 |
| 03/02/15 | | James E. Maddox, Jr.<br>2640 Lowell Cir<br>Melbourne, FL  32935 | BUYBACK PAYMENT W/$15 ADMIN FEE<br>12/31/14 Notice of Sale | | | $227.90 | | $1,138.36 |
| | | | Gross Receipts | $227.90 | | | | |
| | 5 | | Household Goods And Furnishings, Including A Grandfather/Gra | $84.90 | 1129-000 | | | |
| | 6 | | Paperback And Hardcover Books, Old Lp Records. | $143.00 | 1129-000 | | | |
| 04/06/15 | 6 | James E. Maddox, Jr.<br>2640 Lowell Cir<br>Melbourne, FL  32935 | BUYBACK PAYMENT W/$15 ADMIN FEE<br>12/31/14 Notice of Sale | | 1129-000 | $227.90 | | $1,366.26 |

UST Form 101-7-TFR (5/1/2011) *(Page: 5)*    Page Subtotals:    $1,367.40    $1.14

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit B

| Case No: | 14-09819 | Trustee Name: | MARIE E. HENKEL |
|---|---|---|---|
| Case Name: | James E. Maddox, Jr. | Bank Name: | Union Bank |
| | | Account Number/CD#: | XXXXXX9943 |
| | | | Checking |
| Taxpayer ID No: | XX-XXX7795 | Blanket Bond (per case limit): | $1,000,000.00 |
| For Period Ending: | 08/14/2015 | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 04/27/15 | | Union Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $15.00 | $1,351.26 |
| 05/04/15 | | James E. Maddox, Jr. 2640 Lowell Cir Melbourne, FL  32935 | BUYBACK PAYMENT W/$15 ADMIN FEE 12/31/14 Notice of Sale | | $227.90 | | $1,579.16 |
| | | | Gross Receipts  $227.90 | | | | |
| | 6 | | Paperback And Hardcover Books, Old Lp Records.  $159.10 | 1129-000 | | | |
| | 8 | | Class Ring, Wedding Ring  $68.80 | 1129-000 | | | |
| 05/26/15 | | Union Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $15.00 | $1,564.16 |
| 06/08/15 | 8 | James E. Maddox, Jr. 2640 Lowell Cir Melbourne, FL  32935 | BUYBACK PAYMENT W/$15 ADMIN FEE 12/31/14 Notice of Sale | 1129-000 | $227.90 | | $1,792.06 |
| 06/25/15 | | Union Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $15.00 | $1,777.06 |
| 07/09/15 | | James E. Maddox, Jr. 2640 Lowell Cir Melbourne, FL  32935 | BUYBACK PAYMENT W/$15 ADMIN FEE 12/31/14 Notice of Sale | | $227.90 | | $2,004.96 |
| | | | Gross Receipts  $227.90 | | | | |
| | 8 | | Class Ring, Wedding Ring  $133.30 | 1129-000 | | | |
| | 9 | | Smith & Wesson .45  $94.60 | 1129-000 | | | |
| 07/27/15 | | Union Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $15.00 | $1,989.96 |
| 08/10/15 | 9 | James E. Maddox, Jr. 2640 Lowell Cir Melbourne, FL  32935 | BUYBACK PAYMENT W/$15 ADMIN FEE 12/31/14 Notice of Sale | 1129-000 | $227.90 | | $2,217.86 |
| | | | COLUMN TOTALS | | $2,279.00 | $61.14 | |
| | | | Page Subtotals: | | $911.60 | $60.00 | |

UST Form 101-7-TFR (5/1/2011) *(Page: 6)*

|  |  |  |
|---|---:|---:|
| Less: Bank Transfers/CDs | $0.00 | $0.00 |
| Subtotal | $2,279.00 | $61.14 |
| Less: Payments to Debtors | $0.00 | $0.00 |
| Net | $2,279.00 | $61.14 |

Exhibit B

Exhibit B

TOTAL OF ALL ACCOUNTS

| | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| XXXXXX9943 - Checking | $2,279.00 | $61.14 | $2,217.86 |
| | $2,279.00 | $61.14 | $2,217.86 |
| | (Excludes account transfers) | (Excludes payments to debtors) | Total Funds on Hand |

| | |
|---|---|
| Total Allocation Receipts: | $0.00 |
| Total Net Deposits: | $2,279.00 |
| Total Gross Receipts: | $2,279.00 |

Exhibit C
ANALYSIS OF CLAIMS REGISTER

Case Number: 6:14-bk-09819-KSJ  
Debtor Name: James E. Maddox, Jr.  
Claims Bar Date: 1/18/2015  
Date: August 14, 2015

| Code # | Creditor Name And Address | Claim Class | Notes | Scheduled | Claimed | Allowed |
|---|---|---|---|---|---|---|
| 100 2100 | Marie E. Henkel<br>3560 S. Magnolia Ave.<br>Orlando, FL  32806 | Administrative | | $0.00 | $569.75 | $569.75 |
| 100 2200 | Marie E. Henkel<br>3560 S. Magnolia Ave.<br>Orlando, FL  32806 | Administrative | | $0.00 | $134.65 | $134.65 |
| 2A 280 5800 | Internal Revenue Service<br>P O Box 7346<br>Philadelphia PA 19101-7346 | Priority | | $0.00 | $794.81 | $794.81 |
| 1 300 7100 | Army & Air Force Exchange Services<br>c/o Bass & Associates, P.C.<br>3936 E Ft Lowell Rd Ste 200<br>Tucson, AZ 85712 | Unsecured | | $8,241.00 | $8,240.88 | $8,240.88 |
| 3 300 7100 | Quantum3 Group LLC<br>o/b/o Comenity Bank<br>P O Box 788<br>Kirkland, WA 98083-0788 | Unsecured | | $2,395.31 | $2,430.87 | $2,430.87 |
| 4 300 7100 | American Express Travel Related Services Co., Inc.<br>c/o Becket and Lee LLP<br>P O Box 3001<br>Malvern, PA 19355-0701 | Unsecured | | $1,462.00 | $1,462.53 | $1,462.53 |
| 5 300 7100 | PYOD LLC<br>c/o Resurgent Capital Services<br>P O Box 19008<br>Greenville, SC 29602 | Unsecured | | $4,714.00 | $4,714.81 | $4,714.81 |
| 6 300 7100 | Synchrony Bank<br>c/o Recovery Management Systems Corp<br>25 SE 2nd Ave Ste 1120<br>Miami FL 33131-1605 | Unsecured | | $7,300.00 | $7,300.17 | $7,300.17 |
| 2B 380 7300 | Internal Revenue Service<br>P O Box 7346<br>Philadelphia PA 19101-7346 | Unsecured | | $0.00 | $257.17 | $257.17 |
| | Case Totals | | | $24,112.31 | $25,905.64 | $25,905.64 |

Code#: Trustee's Claim Number, Priority Code, Claim Type (UTC)

Page 1       Printed: August 14, 2015

Exhibit C

UST Form 101-7-TFR (5/1/2011) *(Page: 9)*

Exhibit C
ANALYSIS OF CLAIMS REGISTER

Case Number: 6:14-bk-09819-KSJ  
Debtor Name: James E. Maddox, Jr.  
Claims Bar Date: 1/18/2015

Date: August 14, 2015

Page 2

Printed: August 14, 2015

## TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 6:14-bk-09819-KSJ  
Case Name: James E. Maddox, Jr.  
Trustee Name: MARIE E. HENKEL

Balance on hand $ 2,217.86

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: Marie E. Henkel | $ 569.75 | $ 0.00 | $ 569.75 |
| Trustee Expenses: Marie E. Henkel | $ 134.65 | $ 0.00 | $ 134.65 |
| Total to be paid for chapter 7 administrative expenses | | | $ 704.40 |
| Remaining Balance | | | $ 1,513.46 |

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 794.81 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 2A | Internal Revenue Service | $ 794.81 | $ 0.00 | $ 794.81 |

| | Total to be paid to priority creditors | | $ | 794.81 |
| | Remaining Balance | | $ | 718.65 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 24,149.26 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 3.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | Army & Air Force Exchange Services | $ 8,240.88 | $ 0.00 | $ 245.24 |
| 3 | Quantum3 Group LLC | $ 2,430.87 | $ 0.00 | $ 72.34 |
| 4 | American Express Travel Related Services Co., Inc. | $ 1,462.53 | $ 0.00 | $ 43.52 |
| 5 | PYOD LLC | $ 4,714.81 | $ 0.00 | $ 140.31 |
| 6 | Synchrony Bank | $ 7,300.17 | $ 0.00 | $ 217.24 |

| | Total to be paid to timely general unsecured creditors | | $ | 718.65 |
| | Remaining Balance | | $ | 0.00 |

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent.

Tardily filed general (unsecured) claims are as follows:

NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 257.17 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent.

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 2B | Internal Revenue Service | $ 257.17 | $ 0.00 | $ 0.00 |

| | |
|---|---|
| Total to be paid to subordinated unsecured creditors | $ 0.00 |
| Remaining Balance | $ 0.00 |